IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL JAMES HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-331 (MTT) |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| *et. al*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 10). After screening the Complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends denying the Plaintiff's request to appoint an attorney because the Defendants have not filed responsive pleadings. The Magistrate Judge recommends denying the Plaintiff's request to subpoena his medical file because the Plaintiff cannot commence discovery until the Defendants have filed an answer or dispositive motion. Further, the Magistrate Judge recommends dismissing Defendants Georgia Department of Corrections and State of Georgia because they are subject to Eleventh Amendment immunity. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The request for an attorney is **DENIED**, the request to subpoena the Plaintiff's medical file is **DENIED**, and Defendants Georgia Department of Corrections and State of Georgia are **DISMISSED**.

**SO ORDERED**, this the 24th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
