IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES HILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 5:11-CV-331-MTT-MSH |
| | * | 42 U.S.C. § 1983 |
| CARL HUMPHREY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## NOTIFICATION OF DEFENDANTS' FILING OF
## SUMMARY JUDGMENT MOTION

Defendants Humphrey, Malone, and Smith have filed a Motion to Dismiss, accompanied by a brief and other supporting material.  The court is required to adequately advise the Plaintiff of the significance of the Defendants' Motion to Dismiss pursuant to *Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).   In an effort to afford the Plaintiff, who is proceeding *pro se*, adequate notice and time to respond to Defendants' motion, the following notice is given.  Therefore, Plaintiff is **ORDERED** to respond to Defendant's motion to dismiss and show why his Complaint should not be dismissed.

The law provides that the party against whom dismissal is sought must be given a ten (10) day notice of the dismissal rules.  In addition, the party against whom a motion to dismiss has been filed has the right to file a brief in opposition to the motion.  If a plaintiff fails to file a brief in opposition to the motion to dismiss, a final judgment may be rendered against him if otherwise appropriate under law.

**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO AND REBUT THE LEGAL ARGUMENTS SET FORTH IN THE DEFENDANTS' BRIEF MAY RESULT IN SAID STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.** The court could grant judgment to the Defendants and there would be no further proceedings. Accordingly, Plaintiff is **NOTIFIED** of his right to file a Response to Defendants' Motion to Dismiss in accordance with the Federal Rules of Civil Procedure. Any such response should be filed **WITHIN THIRTY (30) DAYS.** Thereafter, the court will consider Defendants' Motion to Dismiss and any opposition to same filed by Plaintiff and issue its ruling thereon.

SO ORDERED this 28th day of November, 2011.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE